IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| TRUSTEES OF THE 4th DISTRICT IBEW HEALTH FUND | ) ) ) | Judge Kleeh |
| Plaintiffs, | ) ) | Case No. 1:18-CV-28 |
| v. | ) ) ) | |
| CARDINAL ELECTRIC, INC., | ) ) | |
| Defendant. | ) ) | |

## CONSENT JUDGMENT

**WHEREAS**, on February 9, 2018, Plaintiffs, Trustees of the 4th District IBEW Health Fund filed this lawsuit against Defendant, Cardinal Electric, Inc., seeking to recover delinquent fringe benefit fund contributions and related amounts owed by Defendant to Plaintiffs;

**WHEREAS**, during the course of discovery and litigation, it was determined that Defendant owed certain sums to the Plaintiffs' Health Fund as a result of work performed through March 2019, as follows: $22,939.77 in unpaid contributions; interest on the unpaid contributions in the amount of $4,984.06; and liquidated damages on the unpaid contributions in the amount of $3,681.98;

**WHEREAS**, the parties mediated the case on April 5, 2019, and reached an agreement in principle to settle the matter;

**WHEREAS**, this Consent Judgment reflects the final and material terms of the parties' settlement agreement, whereby Defendant agrees to repay the full amount of contributions owed to Plaintiffs, along with certain additional sums, on the terms set forth below.

**NOW THEREFORE**, based upon the consent of the parties to this action, **IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** against Defendant and in favor of Plaintiffs, subject to the following terms:

1. This Court has jurisdiction pursuant to Sections 502 and 515 of the Employment Retirement Income Security Act of 1974, as amended ("ERISA"), which are codified at 29 U.S.C. §§ 1132 and 1145, as this is a suit against an employer for failing to make required contributions to an employee benefit fund. Jurisdiction is also conferred upon this Court pursuant to Section 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185(a), as this suit alleges violations of a collective bargaining agreement involving an employer and labor organization. Venue is appropriate in this Court under Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2). The Complaint in this lawsuit states a claim upon which relief may be granted against Defendant.

2. Judgment is entered in favor of Plaintiffs and against Defendant for unpaid contributions in the amount of $22,939.77, plus interest in the amount of $4,984.06, and liquidated damages in the compromise amount of $1,840.99, for a total judgment of $29,764.82. Defendant agrees to pay the foregoing sum on the following terms: a down payment of $6,158.79 on or before May 15, 2019; plus twelve consecutive monthly installments of $1,967.17, commencing on or before the 15th day of June, 2019. Defendant agrees to make and continue making monthly payments regardless of whether this Consent Judgment has yet been entered by the Court. Payments shall be made payable to the 4th District IBEW Health Fund and shall be mailed to: Ledbetter Parisi LLC, 5078 Wooster Road, Suite 400, Cincinnati, OH 45226. There shall be no penalty for prepayment of any installment.

3. No further liquidated damages or interest shall accrue after April 15, 2019 for work months March 2019 or earlier.

4. Plaintiffs shall take no action in furtherance of executing upon this Judgment unless and until Defendant fails to make the monthly payments as specified above. Plaintiffs further agree to give Defendant notice, by email to Defendant's counsel, and an opportunity to cure a failure to make a monthly payment before taking action to execute upon the judgment, with such cure period to be no less than seven days.

5. In the event that Defendant should default on the terms specified above and fail to cure said default following notice, Plaintiffs reserve the right to seek attorney's fees and costs as recoverable under ERISA.

6. Nothing in this Consent Judgment shall prohibit the Funds from exercising any legal or equitable remedies with respect to contributions or other sums due from Defendant to Plaintiff for work months April 2019 or later.

ENTERED:

By: *Tom S Kleeh*

THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

Dated:
5/17/2019